

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Armando De La Cruz, Individually and on behalf of all others similarly situated | Civil Action No.  18cv0867-DMS-WVG |
| **Plaintiff,** | |
| V. | |
| Target Corporation; DOES 1 - 100, Inclusive | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendant's motion to dismiss the case based on the first-to-file-rule is granted. This action is dismissed without prejudice.

Date:    8/8/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  A. Finnell-Yepez
A. Finnell-Yepez, Deputy